## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Ronnie N

Davis, Toni

Printed: 6/3/08

Case Number:  07 B 05531

Judge:  Goldgar, A. Benjamin

Filed:  3/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  April 22, 2008

Confirmed:  June 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,515.00 |  |
| Secured: |  | 1,825.22 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 189.78 |
| Other Funds: |  | 0.00 |
| Totals: | 3,515.00 | 3,515.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,500.00 | 1,500.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 1,244.90 | 480.04 |
| 5. | Countrywide Home Loans Inc. | Secured | 16,951.18 | 1,345.18 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 243.00 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 265.45 | 0.00 |
| 8. | Nicor Gas | Unsecured | 531.50 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 134.64 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 142.26 | 0.00 |
| 11. | National Capital Management | Unsecured | 167.45 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 2,723.78 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 63.58 | 0.00 |
|  |  |  | $ 23,967.74 | $ 3,325.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 189.78 |
|  | $ 189.78 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis, Ronnie N

Davis, Toni

Printed: 6/3/08

Case Number:  07 B 05531

Judge:  Goldgar, A. Benjamin

Filed:  3/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

